RIMOLDI SPORTSWEAR, INC. *vs.* JAMES DEVLIN & another. June 20,
1973. As there was no evidence to warrant a finding that the assignment
of accounts receivable made by the defendant in this case was one falling
within the provisions of G. L. c. 106, § 9-104(f), or within those of G. L.
c. 106, § 9-302(1)(e), and as there was no evidence to warrant a finding
that any financing statement with respect to such assignment had been
filed in the manner required by G. L. c. 106, §§ 9-401, et seq., the
plaintiff, as a "lien creditor" (G. L. c. 106, § 9-301[3]), was entitled to

prevail over the prior assignment of the accounts to the intervener. G. L. c. 106, § 9-301(1)(b).

*Order dismissing report affirmed.*

*Robert J. Moses (Michael L. Pappas with him) for Peters Fabrics, Inc.,* intervener.

*Michael Carchia, Jr.,* for Rimoldi Sportswear, Inc.